

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00009-CV

**IN RE C.J.Y. II**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02426
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating parental rights. The Texas Department of Family and Protective Services filed an original petition in the trial court seeking termination of Mother's (A.J.) and Father's (C.J.Y.) parental rights to their child. After a trial, the trial court rendered judgment terminating Mother's parental rights and appointing Father the sole managing conservator of the child. Mother appealed. Father did not appeal, but he is a party to this appeal and, if he desires, he may file an appellee's brief.

On February 28, 2020, Mother filed an appellant's brief. On March 26, 2020, the Department filed an appellee's brief. The certificates of service accompanying Mother's and the Department's briefs do not show that copies of these briefs were sent to Father. Therefore, we ORDER Mother's appellate counsel and the Department's appellate counsel to (1) send a copy of the brief each of them filed in this appeal to Father, and (2) file an amended certificate of service in this court showing that they have sent a copy of their respective briefs to Father. The amended certificates of service must be filed in this court **on or before seven (7) days from the date of this order**.

If Father desires to file an appellee's brief in this appeal, his brief is due is **on or before ten (10) days** after the date he receives Mother's brief or the Department's brief, whichever is later. If we do not receive Father's brief or another appropriate response from Father by this due date, we will set this appeal "at issue" and the appeal will be submitted without a brief from Father.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.



_____

MICHAEL A. CRUZ,
Clerk of Court